IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEROY FULLER,

    Plaintiff,

v.                                       1:13-cv-1041-KG/RHS

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein with prejudice on the grounds that all matters in controversy by and between the parties have been fully resolved; and the Court having read the pleadings and being fully advised in the premises, FINDS:

1.     That it has jurisdiction over the parties and the subject matter of this suit;

2.     Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the Complaint and all causes of action stated therein or which could have been stated therein, filed by the Plaintiff, Leroy Fuller, against Defendant, Progressive Direct Insurance Company, be and hereby are dismissed with prejudice with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

                                                      UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

/s/ Meena H. Allen
Meena H. Allen
*Attorney for Defendant Progressive*
*Direct Insurance Company*


/s/ Cynthia A. Braun
Cynthia A. Braun
*Attorney for Plaintiff Leroy Fuller*